

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21-CR 00321 BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| DEMARCUS LAMONT DORBINS | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about December 6, 2020, the defendant,

DEMARCUS LAMONT DORBINS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR 2019-3446; and

2. Possession of a controlled substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR 1999-4328.

B. On or about December 6, 2020, in the Eastern District of Arkansas, the defendant,

DEMARCUS LAMONT DORBINS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Ruger, Model Security 9, 9mm handgun, bearing serial number 383-41541, in violation of Title 18, United States Code, Section 922(g)(1).

3

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, the defendant, DEMARCUS LAMONT DORBINS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.